Exhibit 1

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DARRELL HOUSTON, Plaintiff  6203 Sunset On Bedford Hs oh 44146
v.
MICHAEL POLENSEK, Defendant  601 lakeside Ave cleveland, oh 44114
Case No: _____
Judge: _____

Complaint
JOAN SYNENBERG
CV 26 136740

## COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF

### I. INTRODUCTION

Plaintiff Darrell Houston brings this action pursuant to 42 U.S.C. § 1983 and Ohio law for violations of his constitutional rights under the First and Fourteenth Amendments, as well as defamation and intentional infliction of emotional distress. Defendant acted under color of law and engaged in retaliatory and abusive conduct during official proceedings.

### II. PARTIES

Plaintiff Darrell Houston is a U.S. citizen and business operator in Cleveland, Ohio. Defendant Michael Polensek is a Cleveland City Council Member acting under color of state law.

### III. FACTS

On April 14, 2025, Defendant publicly referred to Plaintiff as 'punk ass' and other derogatory terms during a televised council meeting. Defendant explicitly referenced Plaintiff by name.

On April 21, 2025, Defendant escalated his conduct, stating he would no longer restrain himself and invoked legislative immunity to justify his actions.

These actions were recorded and are submitted as Exhibit A and Exhibit B.

Prior to filing this action, Plaintiff made a formal complaint regarding Defendant's conduct to the Cleveland City Council. Despite notice of the conduct, no corrective action was taken, and Defendant's behavior continued, necessitating this filing. See Exhibits C and D.

### IV. CLAIMS

COUNT I – Defamation
COUNT II – Civil Rights Violation (42 U.S.C. §1983)
COUNT III – Intentional Infliction of Emotional Distress

CV26136740                211498032

CV26136740                211498090

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DARRELL HOUSTON, Plaintiff
v.
MICHAEL POLENSEK, Defendant
Case No: _____
Judge: _____


## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

1. Compensatory damages in an amount to be determined at trial;

2. Punitive damages as permitted by law;

3. Injunctive and declaratory relief;

4. Costs of this action and any applicable attorney's fees;

5. Such other and further relief as this Court deems just and proper.


Respectfully submitted,

*Darrell Houston*

Darrell Houston

6203 Sunset Dr

Bedford Heights, Ohio 44146

216-799-7578

darrellhouston68@yahoo.com

Plaintiff, Pro Se
Date: April 10, 2026



**FILED**

Common Pleas Court of Cuyahoga County, Ohio

## DESIGNATION FORM TO BE USED TO INDICATE THE CLASSIFICATION OF THE CAUSE

2026 APR 10 P 12: 30

DARRELL Houston

Plaintiff

CLERK OF COURTS
CUYAHOGA COUNTY

Case Number: _____

Judge: JOAN SYNENBERG

Vs.

Michael Dolenseik

Defendant

CV 26 136740

Has this case been previously filed and dismissed? Yes ☐ No ☑

Case #: _____     Judge: _____

Is this case related to any new cases now pending or previously filed? Yes ☐ No ☑

Case #: _____     Judge: _____

## CIVIL CLASSIFICATIONS: *Place an (X) In ONE Classification Only.*

**Professional Torts:**
☐ 1311 Medical Malpractice
☐ 1315 Dental Malpractice
☐ 1316 Optometric Malpractice
☐ 1317 Chiropractic Malpractice
☐ 1312 Legal Malpractice
☐ 1313 Other Malpractice

**Product Liability:**
  1330 Product Liability

**Other Torts:**
☐ 1310 Motor Vehicle Accident
☐ 1314 Consumer Action
☐ 1350 Misc. Tort

**Workers Compensation:**
☐ 1550 Workers Compensation
☐ 1531 Workers Comp. Asbestos

**Foreclosures:**
☐ Utilize Separate Foreclosure Designation Form

**Commercial Docket:**
☐ 1386 Commercial Docket
☐ 1387 Commercial Docket with Foreclosure

**Administrative Appeals:**
☐ 1540 Employment Services
☐ 1551 Other

**Other Civil:**
☐ 1500 Replevin/Attachment
☐ 1382 Business Contract
☐ 1384 Real Estate Contract
☐ 1388 Consumer Debt
☐ 1390 Cognovit
☐ 1391 Other Contracts
☐ 1490 Foreign Judgment
☐ 1491 Stalking Civil Protection Order
☑ 1501 Misc. Other
☐ 1502 Petition to Contest Adam Walsh Act
☐ 1503 Certificate of Qualification for Employment

**Amount of Controversy:**
☐ None Stated
☐ Less than $25,000
☐ Prayer Amount _____

**Parties have previously attempted one of the following prior to filing:**
☐ Arbitration
☐ Early Neutral Evaluation
☐ Mediation
☐ None

*I certify that to the best of my knowledge the within case is not related to any now pending or previously filed, expect as noted above.*

DARRELL Houston

Firm Name (Print or type)

Attorney of Record (Print or Type)

Address  6203 Sunset Dr

Supreme Court #

Address  Bedford Hts 44146

Email Address  DARRELL Houston 68 at yaho.com

Phone  216-799-7578

Signature  Darree Houer

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

**FILED**

2026 APR 10 P 12: 31

CLERK OF COURTS
CUYAHOGA COUNTY

DARRELL HOUSTON, Plaintiff

v.

MICHAEL POLENSEK, Defendant

Case No: _____

Judge: _____

Judge:  JOAN SYNENBERG

CV 26 136740

## MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

### I. INTRODUCTION

Plaintiff Darrell Houston respectfully moves this Court for the issuance of a preliminary and permanent injunction to prevent ongoing and future violations of his constitutional rights. Defendant, acting under color of state law, has engaged in retaliatory, abusive, and unconstitutional conduct in response to Plaintiff's protected speech during public meetings.

### II. LEGAL STANDARD

Courts consider four factors when determining whether to grant injunctive relief: (1) likelihood of success on the merits; (2) irreparable harm in the absence of relief; (3) balance of equities; and (4) public interest. See Winter v. Natural Resources Defense Council, 555 U.S. 7 (2008).

### III. ARGUMENT

#### A. Likelihood of Success on the Merits

Plaintiff has demonstrated a strong likelihood of success on the merits. The evidence, including video recordings and transcript excerpts, establishes that Defendant engaged in retaliatory and abusive conduct in response to Plaintiff's protected speech during a public forum. Such conduct violates the First Amendment and is not protected by legislative immunity.

#### B. Irreparable Harm

Plaintiff will suffer irreparable harm absent injunctive relief. Violations of constitutional rights, even for minimal periods of time, constitute irreparable harm. Defendant has expressly stated an intention to continue such conduct, creating a credible threat of ongoing and repeated violations.

#### C. Balance of Equities

The balance of equities weighs in favor of Plaintiff. Plaintiff seeks only to prevent unlawful conduct, while Defendant has no legitimate interest in continuing retaliatory or abusive actions.

Exhibit 1

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DARRELL HOUSTON, Plaintiff
v.
MICHAEL POLENSEK, Defendant
Case No: _____
Judge: _____

### D. Public Interest

The public interest strongly favors the protection of constitutional rights and the prevention of abuse of public office. Granting injunctive relief will ensure that public proceedings remain consistent with constitutional protections.

### IV. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court issue an order:
1. Prohibiting Defendant from engaging in retaliatory or abusive conduct toward Plaintiff;
2. Prohibiting Defendant from using his official position to intimidate or demean Plaintiff during public proceedings;
3. Requiring Defendant to comply with constitutional protections;
4. Granting any further relief, the Court deems just and proper.

Respectfully submitted,

*Darrell Houston*

Darrell Houston

6203 Sunset Dr

Bedford Heights, Ohio 44146

216-799-7578

darrellhouston68@yahoo.com

Plaintiff, Pro Se
Date: April 10, 2026

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DARRELL HOUSTON, Plaintiff
v.
MICHAEL POLENSEK, Defendant
Case No: _____
Judge: _____

## EXHIBIT INDEX

Exhibit A – Transcript (April 14, 2025)

Exhibit B – Transcript (April 21, 2025)

Exhibit C – Attorney Letter (May 24, 2025)

Exhibit D – Prior Complaint Letter (April 16, 2025)

Exhibit A Video – USB

Exhibit B Video – USB

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DARRELL HOUSTON, Plaintiff
v.
MICHAEL POLENSEK, Defendant
Case No: _____
Judge: _____

## EXHIBIT A – TRANSCRIPT (EXCERPT)

This transcript reflects the relevant portions of the recording. Full video provided via USB.
Source: https://www.youtube.com/watch?v=hn3o7uMd-fY

1:33:17 – "That punk ass that stood up. Mr. Houston does not even live in the city... My diplomacy is gone... If you want to be a punk ass, and a jerk, and a dummy then be one."

1:34:37 – "You want to be a punk ass, be a punk ass. End of story."

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DARRELL HOUSTON, Plaintiff
v.
MICHAEL POLENSEK, Defendant
Case No: _____
Judge: _____

## EXHIBIT B – TRANSCRIPT (EXCERPT)

This transcript reflects the relevant portions of the recording. Full video provided via USB.
Source: https://www.youtube.com/live/RXABhIeQ3BA

1:11:33 – "We have legislative immunity... if we want to let loose and express ourselves, we have every right to do so."

1:12:53 – "Get ready to get it back like a dog in heat."

1:18:54 – "We have legislative immunity. Don't take it. We ain't taking it no more."

## DAVID N. PATTERSON, ESQ.
### ATTORNEY AT LAW

P.O. BOX 1423
WILLOUGHBY, OHIO 44096

440.667.7500
DP.BUSINESS39@GMAIL.COM

May 24, 2025

*Exhibit C*

The Honorable Blaine Griffin
President Cleveland City Council
601 Lakeside Ave Room 220
Cleveland, Ohio 44114

Dear Mr. Griffin,

Please be advised, this letter is to advise you that the undersigned represents Darrell Houston in the matter involving Councilman Mike Polensek, and the defamatory statements made against Mr. Houston on April 14 and 21, 2025.

My client wants to formally register a complaint against Counselman Polensek for referring to Mr. Houston as a "Punk-Ass Dummy" during a public meeting of the City Council. The statements made against Mr. Houston were intentionally humiliating, demeaning, and demonstrate a lack of respect and diplomacy.

Mike Polensek, who is an elected member of the council and steward of the public trust showed that he lacks integrity and also that his temper is not suited to this position.

My client is a tax-paying citizen, a business owner, and a lifelong Cleveland resident. While he recognizes that public discourse can become passionate, and disagreements are not unusual, it is the manner in which these are handled that show civility. Or, in this unfortunate series of events, the lack thereof.

On behalf of Darrell Houston, I am demanding that Mike Polensek issue a public retraction of his disparaging and defamatory statements, and a public apology to my client.

Please feel free to contact me if you would like to discuss this further.

Sincerely,

/s/David N. Patterson
David N. Patterson, Esq.

DPP/dnp

Cc: Darrell Houston

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

DARRELL HOUSTON, Plaintiff
v.
MICHAEL POLENSEK, Defendant
Case No: _____
Judge: _____

EXHIBIT D

Prior Complaint Letter

April 16, 2025

## LEGAL NOTICE LETTER

April 16th, 2025

**Blaine Griffin,** President of City Council
**601 Lakeside Ave, Room 220**
**Cleveland, OH 44114**
bgriffin@clevelandcitycouncil.org

Re: <u>**Formal Complaint Against Council Member Michael Polensek for Defamation and Breach of Public Trust During City Council Proceedings**</u>

Let me be clear from the start: when a public servant (**Michael Polensek**) tells the citizens on record during the April 14th, 2025 meeting that he's "<u>lost his diplomacy,</u>" he's telling us he's lost the one thing a leader can't afford to misplace — his duty to serve with <u>restraint, respect,</u> and <u>reason</u>.

And when that same official follows that confession by calling a citizen (**Darrell Houston**) a "punk ass dummy" — not once, not twice, but repeatedly — he's not just losing diplomacy. He's forfeiting decency. He's abandoning the solemn obligation of his office.

Michael Polensek, was a public official with a microphone, on April 14th, 2025 with cameras rolling during a city council meeting whom exploded like a ticking time bomb! He claims to be the steward of safety, the voice of reason in chaos. But tell me this: **What kind of leader loses his diplomacy, then calls a citizen—a taxpayer—a "punk ass dummy"?**

This is not safety. That's not leadership. That's not decorum, that's disorder. And if you've lost your diplomacy, which he's publicly mentioned losing several times, you've lost your INTEGRITY. And if your integrity is gone, what's left to protect?!

You can't chair a council seat or a safety committee when you can't even chair your own temper. Talking tough isn't calling names when challenged, <u>Tough is restraint,</u> <u>Tough is respect,</u> <u>Tough is listening</u> when it's easier to lash out. This is the safety committee's chairman?! Do we let this public official continue on confusing insults with insight to stay in a role meant to uphold the public's trust!? **How can a man be trusted with public safety, when he can't even play it safe with his own words!?**

This is the Chair of the Safety Committee—calling a tax payer, public voice of concern a "**punk ass dummy**" at least four times. This behavior is unstable, unfiltered, and unsafe. He's not de-escalating conflict—he's provoking it. He's not building trust—he's burning it.

---

## LEGAL NOTICE LETTER

---

You heard him yourself:
"*I've lost my diplomacy*", April 14th, 2025

Not once. Not in passing. He says it proudly. Repeatedly. As if losing composure is a qualification. As if decency is a weakness. If this s how he behaves on camera, in front of the public, under the lights, with the world watching…. In fact, he has a lengthy track record of using defamatory language.

What's he like when the lights are off? What's he like behind closed doors?
Safety demands restraint, Safety requires judgment, Safety is about protecting people—not insulting them. So, when the man charged with keeping the public safe acts like he's above public accountability---That's not just hypocrisy. That's a hazard. You can't chair the Safety Committee when you're a threat to civil discourse!! He's lost his diplomacy, he needs to lose his position!

While, it is recognized that public discourse can be passionate, the use of such derogatory language and personal insults by an elected official is unacceptable and unbecoming of the position. Councilman Michael Polensek's conduct during the recent public meeting on April 14th, 2025 wasn't a moment of passion — it was a pattern of **public abuse, retaliatory rhetoric,** and **personal attack,** all aimed at me, Darrell Houston, a citizen exercising his constitutional right to speak. That is **not democracy. That is danger, and evidence of bis inability to function as a professional leader.**

The role of a council member is to serve as a leader, to foster respectful dialogue, and most importantly to maintain the dignity of the office. The actions and language used by Council Member Polensek during this meeting, which included repeatedly calling me, Darrell Houston a "punk ass dummy" also represents a violation of council rules. City Council rules and ethical conduct is to be strictly enforced. While Michael Spoke, the failure of Council President Blaine Griffin to intervene, and uphold Council Decorum, constitutes a **dereliction of duty.**

While, President Griffin has taken steps to address disruptions and maintain decorum during Cleveland City Council meetings, there's inconsistency in enforcement—Double Standard on Decorum. Council President Blaine Griffin has made strong public statements promising to enforce rules of decorum during public meetings, stating:

"*Anytime that I have the gavel, I am going to shut people down whenever they insult any race, gender, sexual orientation or religious affiliation.*"—News5Cleveland.com, September 2023

"*unprofessional conduct and personal attacks have no place in our meetings, and we will ensure that order is maintained*". Council rules have since been revised to silence "frivolous," "repetitive" or "offensive" public comments---including potential ejection from chambers for citizens who are deemed disruptive. Yet, when a **public official,** such as **Council Member Michael Polensek,** engages in:

## LEGAL NOTICE LETTER

- Repeated **name-calling** using vulgar and derogatory language ("punk ass dummy") at least four times, also a form of retaliation based on the content of my/me/ Darrell Houston's speeches, a clear violation of the First Amendment

- Disparaging a citizen's right to speak by implying that public comment is privilege, not a constitutional right, and going further to try to silence his speech/voice by suggesting that Mr. Houston doesn't have the right to speak due to his <u>non-residency</u> in the city.

- Escalating confrontation and abusing his position and authority to intimidate and demean.

Despite President Griffin's prior statements about enforcing decorum, no intervention was made by him during this incident, despite having the power and responsibility to do so. Blaine failed to intervene during this abusive, retaliatory, and discriminatory behavior. Furthermore, this failure and inaction enables Council members to misuse their authority to demean and retaliate against citizens who express viewpoints contrary to their own, undermining the fairness and transparency of the Council's meetings.

The lack of impartial enforcement of decorum rules is alarming and raises serious concerns about the abuse of power. When rules are only enforced on citizens and public officials are allowed to abuse their position to demean, retaliate, and silence individuals based on the content of their speech, it creates an unequal environment where power s misused, that undermines public trust in government processes.

This unequal application of the rules constitutes a violation of the First Amendment, which guarantees freedom of speech, as well as the Fourteenth Amendment's Equal Protection Clause, which ensures that citizens are not discriminated against based on the content of their speech.

It is also very very alarming to hear Michael Polensek state, *"Darrell does not even live in this city, he lives in Bedford Heights"*, as a disqualifier from public comments is disturbing. It implies that public comment is based on residency status, and that public comment is a privilege and not a constitutional right. –*"Darrell Houston does not even live in this city"*…. This goes on further to prove that because he lost his "diplomacy" I, Darrell should lose my right to the democratic process. I, Darrell Houston own and operate a business in the city of Cleveland, and have every right to voice my concerns as a citizen of the United States of America. Martin Luther King Jr, voiced his concerns publicly throughout various states and cities, all of which he was not a resident of.

Michael Polensek's comment raises significant concerns about the foundational principles upon which our democratic system is built. Public comment is not merely a courtesy but an essential mechanism by which US citizens can engage with their local government, hold public officials accountable, and advocate for the well-being of their community. Disparaging comments about a citizen's right to participate in this process—particularly when made regarding someone who may not live within the city---undermine the very essence of democratic representation.

## LEGAL NOTICE LETTER

We need to ask ourselves how can we expect to build trust and foster meaningful dialogue when leaders resort to such disparaging language and disregard the fundamental rights of their constituents!?

The Constitution guarantees the right of US citizens to address their elected representatives and participate in public discussions---this includes residents and non-residents alike, as long as they adhere to the procedural rules.

Michael Polensek's conduct infringes upon the city charter and council's code of ethics., which demands that all members *"refrain from any conduct that would discredit the office or the integrity of the council"*. Public comments, as enshrined in local council rules and the U.S. Constitution, are a right of all individuals, whether or not they are residents of the city. To suggest otherwise constitutes an unconstitutional overreach of authority and a failure to uphold the rights guaranteed under the First Amendment.

Michael Polensek, needs to be reprimanded for his lengthy history of abuse of power and derogatory language targeting citizens. Michael Polensek's statement of "I have lost my diplomacy", says I am surrendering the very qualities that make a leader worth following: **judgment, integrity, and moral authority**. Without those, power becomes a weapon — not a responsibility. Thus, he has openly disqualified himself from public office, his positions should be revoked immediately.